FILED
February 12, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002414701

ROBERT HAWKINS #131159
ATTORNEY AT LAW
1849 NORTH HELM, SUITE 110
FRESNO, CALIFORNIA 93727
(559) 255-0555

Attorney for Chapter 7 Trustee,
Sheryl Strain

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of | Case No. 09-11291-B-7F |
| JAMES CARLINO and SONDRA CARLINO, | DC No. RH-6 |
| | **TRUSTEE'S MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY** 11 U.S.C. §363 |
| Debtors. _____/ | Date: March 17, 2010 Time: 10:00 a.m. Dept: B |

**TO THE HONORABLE W. RICHARD LEE, UNITED STATES BANKRUPTCY JUDGE:**

Sheryl Strain respectfully represents:

1. She is the duly appointed, qualified, and acting trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on or about February 17, 2009, and Sheryl Strain was appointed Chapter 7 Trustee.

3. This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a). This is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363.

4. Among the assets of this estate is a 2005 Pearl River piano with a fair market value of approximately $2,500.00. To determine value, the Trustee had a reputable dealer appraise the piano who advised her that, after costs of sale, the bankruptcy estate would not likely net more than $2,500.00.

5. The Trustee has received an offer from the debtors, James Carlino and Sondra Carlino, to purchase the above-described asset for the total sum of $2,500.00. The debtors have agreed to allow the estate to retain the sum of $2,500.00 for purchase of the piano from their homestead exemption.

6. In deciding to accept the debtors' proposed offer, the Trustee took into consideration the fair market value of the asset and the costs associated with taking possession of, storing, and selling the asset at auction. The Trustee does not believe that the estate would net a higher amount by selling the asset at auction.

7. The Trustee believes that sale of the above-described property on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE**, the Trustee prays that after appropriate notice and opportunity to be heard, she be authorized to sell the above-described asset to the debtors, James Carlino and Sondra Carlino, for the total sum of $2,500.00.

**DATED**: FEBRUARY 11, 2010

/S/
ROBERT HAWKINS,
Attorney for Chapter 7 Trustee